UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MARK ALLEN TODD,

    Plaintiff,

vs                                        Case No.: 1:16-cv-340

MIDWEST MOTORS SALES & SERVICE, INC.,    THE HONORABLE
DONALD J. MILLER and                          ROBERT HOLMES BELL
ERIC R. RITTENHOUSE,

    Defendants.
_____/

| | |
|---|---|
| ANTHONY J. VALENTINE (P32840) | HEIDI D. HUDSON (P32495) |
| Attorney for Plaintiff | Zausmer, August & Caldwell, P.C. |
| 29 Pearl Street, NW, Suite 227 | Attorney for Defendants |
| Grand Rapids, MI  49503 | 31700 Middlebelt Road, Suite 150 |
| (616) 288-5410 | Farmington Hills, MI  48334 |
| tonyvalentinelaw@gmail.com | (248) 851-4111/Fax: (248) 851-0100 |
| | hhudson@zacfirm.com |
| | |
| | RANDALL J. GROENDYK (P37196) |
| | Varnum LLP |
| | Attorneys for Defendants |
| | 333 Bridge Street NW |
| | P.O. Box 352 |
| | Grand Rapids, MI  49501-0352 |
| | (616) 336-6000/Fax:  (616) 336-7000 |
| | rjgroendyk@varnumlaw.com |

## ORDER OF DISMISSAL WITH PREJUDICE AS TO ALL PARTIES

    Pursuant to Fed. R.Civ. P. 41(a)(1)(A)(ii), all of the parties identified above having appeared in this action, the parties hereby Stipulate to the Dismissal of this cause With Prejudice and without costs or attorney fees to any party;

      IT IS ORDERED that this case is Dismissed With Prejudice and without costs or attorney fees to any party.

Dated:  November 17, 2016                                            /s/ Robert Holmes Bell
                                                                                         U.S. DISTRICT COURT JUDGE

APPROVED FOR ENTRY:

/a/ Anthony J. Valentine
ANTHONY J. VALENTINE (P32840)
Attorney for Plaintiff
29 Pearl Street, NW, Suite 227
Grand Rapids, MI  49503/(616) 288-5410
tonyvalentinelaw@gmail.com


/s/ Randall J. Groendyk
RANDALL J. GROENDYK (P37196)
Attorneys for Defendants
333 Bridge Street NW
P.O. Box 352
Grand Rapids, MI  49501-0352
(616) 336-6000
rjgroendyk@varnumlaw.com


/s/ Heidi D. Hudson
HEIDI D. HUDSON (P32495)
Attorney for Defendants
31700 Middlebelt Road, Suite 150
Farmington Hills, MI  48334/(248) 851-4111
hhudson@zacfirm.com